[Civ. No. 3541. First Appellate District, Division One.—November 3, 1920.]

SAMUEL BRASK et al., Respondents, v. FRANK BAR-NET, as Sheriff, etc., et al., Appellants.

[1] QUIETING TITLE—CHARACTER OF CONVEYANCE—FINDINGS—EVIDENCE. Judgment affirmed on the authority of *Brask* v. *Cox et al., ante,* p. 721.

Appeal from a judgment of the Superior Court of Alameda County. A. F. St. Sure, Judge. Affirmed.

The facts are the same as those stated in the opinion in *Brask* v. *Cox et al., ante,* p. 721 [194 Pac. 292].

F. A. Berlin for Appellants.

J. E. Hood and Chas. E. Snook for Respondents.

THE COURT.—[1] The facts in this case are identical with those in the case of *Brask* v. *Cox et al., ante,* p. 721, [194 Pac. 292], and which are fully set forth in said decision, wherein the judgment was affirmed. It follows that the judgment herein must be affirmed, and it is so ordered.